IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PAUL D. CRAIG                                                                                    PLAINTIFF

v.                                    Case No. 3:11CV00220 JTK

CAROLYN COLVIN, Commissioner
Social Security Administration                                                      DEFENDANT

## ORDER OF DISMISSAL

Pursuant to Local Rule 5.5, the case is summarily dismissed for Plaintiff's failure to comply with a court order within the required period of time.

SO ORDERED this 11th day of February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE