IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PAUL D. CRAIG                                                                                    PLAINTIFF

v.                                    Case No. 3:11CV00220 JTK

CAROLYN COLVIN, Commissioner
Social Security Administration                                                        DEFENDANT

## JUDGMENT

Pursuant to the Order of Dismissal entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's case is DISMISSED WITHOUT PREJUDICE

SO ORDERED this 11th day of February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE